# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY JEAN REYES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO et al.,<br><br>　　　　　Defendants. | CASE NO. 15-cv-2058-H-DHB<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On March 29, 2016, the parties filed a joint motion to dismiss this case with prejudice, with each side to bear its own attorney fees and costs. (Doc. No. 12.) Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. In light of the parties' agreement, the Court dismisses this case with prejudice and directs the Clerk of Court to close the file.

**IT IS SO ORDERED.**

DATED: March 30, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT